UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

RECEIVED
06 DEC -4 AM 9:26
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

LANCE S. WILSON
CLERK OF COURT

CYNTHIA K. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

November 29, 2006

US District Court Clerk's Office
Southern District of Iowa

123 E. Walnut St., Room 300
P. O. Box 9344
Des Moines, IA 50306-9344

**IN RE: MDL 1735**   **In RE: WAL-MART WAGE & HOUR EMPLOYMENT PRACTICES LITIGATION**

Dear Clerk:

Enclosed is a certified copy (or copies) of an order of the Judicial Panel on Multidistrict Litigation directing the transfer of the below referenced civil action(s) to this district under 28 U.S.C. Section 1407.

Please send us your **original file** along with a certified copy of your docket entries. When you send your file, please refer to our civil action number. You may send your file on a CD.

| TITLE OF CASE | Your Case Number | Our Case Number |
| --- | --- | --- |
| **SOUTHERN DISTRICT OF IOWA** | | |
| **Izet Husidic, et al v. Wal-Mart Stores Inc., et al** | 4:06-cv-441-JEG-CFB | 2:06-cv-1534-PMP-PAL |

Sincerely,

LANCE S. WILSON, Clerk
US DISTRICT COURT

By  /s/ Grace Walters

Grace Walters, Deputy Clerk                             Enclosures
cc: Michael Beck, Clerk of the Panel
    (See attorney service list)